IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERENDIA, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>CUTERA, INC,<br><br>                    Defendant. | <br><br><br><br>Civil Action No. 23-222-RGA |

**DEFENDANT'S UNOPPOSED MOTION**
**TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659(a)**

Defendant Cutera, Inc. ("Cutera") requests that the Court enter an Order staying this action until the final resolution of a pending United States International Trade Commission ("ITC") proceeding that involves the same parties and issues in this action. Such a stay is mandatory, 28 U.S.C. § 1659(a), and Plaintiff does not oppose the stay.

Plaintiff Serendia, LLC ("Serendia") initiated this action against Cutera on March 1, 2023. D.I. 1. That same day, Serendia filed a complaint with the ITC under Section 337 of the Tariff Act of 1930, as amended. On March 31, 2023, the ITC instituted Investigation No. 337-TA-1356, naming Cutera as a respondent in the proceeding. A copy of the Notice of Institution of Investigation is attached hereto as Exhibit A.

Section 1659(a) provides:

**(a)  Stay**.  In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such a request is made within –

1

(1) 30 days after the party is named as a respondent in the proceeding before the Commission, or

(2) 30 days after the district court action is filed,

whichever is later.

28 U.S.C. § 1659(a).

This action involves parties that are also parties to the ITC proceeding: Cutera and Serendia. *Compare* D.I. 1 *with* Ex. A hereto. This action also involves claims with respect to the same issues involved in the ITC proceeding: allegations of infringement of U.S. Patent No. 9,320,536; U.S. Patent No. 9,480,836; U.S. Patent No. 9,775,774; U.S. Patent No. 10,058,379; U.S. Patent No. 10,869,812; and U.S. Patent No. 11,406,444. *Id.* Further, Cutera is requesting the stay within 30 days after it was named as a respondent in the ITC proceeding on March 31. Accordingly, this stay is mandatory. 28 U.S.C. § 1659(a). Serendia does not oppose the stay.

Defendant therefore requests that the Court enter an Order staying this action in its entirety pending final resolution of ITC Investigation No. 337-TA-1356, including any and all appeals. Defendant further requests that the Order state that Cutera's time to respond to the Complaint in this action shall be extended until thirty (30) days after the stay is dissolved.

Defendant reserves its rights to challenge personal jurisdiction and venue in this action after the stay is lifted.

Defendant is filing a proposed order with this Motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*

_____

Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street

2

Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Counsel for Defendant Cutera, Inc.*

April 3, 2023