IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SERENDIA, LLC,

                Plaintiff,

    v.

CUTERA, INC,

                Defendant.

Civil Action No. 23-222-RGA

## ORDER STAYING ACTION PURSUANT TO 28 U.S.C. § 1659(a)

Upon consideration of Defendant Cutera, Inc.'s Unopposed Motion to Stay Action Pursuant to 28 U.S.C. § 1659(a), the Court being of the opinion that, for good cause shown, the Motion should be granted:

IT IS HEREBY ORDERED that this action is stayed in its entirety pending final resolution of ITC Investigation No. 337-TA-1356, including any and all appeals; and,

IT IS HEREBY FURTHER ORDERED that Defendant's time to respond to the Complaint in this action shall be extended until thirty (30) days after the stay is dissolved.

SO ORDERED this <u>4th</u> day of April, 2023.


                /s/ Richard G. Andrews
                _____

                United States District Court Judge

30247674.1

1