IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERENDIA, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 23-222-RGA |
| | : |
| CUTERA, INC., | : |
| | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above-captioned case was stayed on April 4, 2023, due to proceedings pending before the United States International Trade Commission ("ITC") (D.I. 10);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "ITC" action has been resolved so that this case may be reopened and other appropriate action may be taken.

April 4, 2023
    DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE